

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Chandni I, Inc., a Texas Corporation; Harshad Patel, an Individual; Ashwin Patel, an Individual; Sunil Patel, an Individual; Manish Vanmali, an Individual; El Paso Hospitality, LLC; Mandeep, LLC; Chandni Venture of Texas Inc., a Texas Corporation; and Ujashiv Management, Inc., a Texas Corporation, | §<br><br>§<br><br>§<br><br>§ | No. 08-18-00107-CV<br><br>Appeal from the<br><br>34th District Court<br><br>of El Paso County, Texas |
| | § | (TC# 2014DCV0779) |
| Appellants, | § | |
| v. | § | |
| Dharmesh Patel, | § | |
| Appellee. | § | |
| | § | |

# **O R D E R**

On June 28, 2018, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On June 29, 2018 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record shall be filed in this Court on or before July 12, 2018.

IT IS SO ORDERED this 2nd day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.